**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

G AND G CLOSED-CIRCUIT EVENTS, LLC,

    Plaintiff,

v.                                                   Case No. 14-12982

MACEDONIAN ENTERPRISES, INC. AND JAMES D. BROWN,

    Defendants.

_____/

**JUDGMENT**

In accordance with the court's "Order Granting Plaintiff's Motion for Default Judgment" and "Opinion and Order Granting Plaintiff's Motion for Summary Judgment"Order of Dismissal," both dated June 12, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff G and G Closed-Circuit Events, LLC, against Defendants Macedonian Enterprises, Inc. and James D. Brown, jointly and severally, in the amount of $3,600.  Dated at Detroit, Michigan, this 12th day of June 2015.  Attorneys' fees and costs are awarded to Plaintiff in the amount of $3,143.70.

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated:  June 12, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 12, 2015, by electronic and/or ordinary mail.

                                                    S/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522